UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| EDWARD STOFFREGEN, | ) |
| Defendant. | ) |

## COMPLAINT

Comes now the United States of America, Plaintiff, by and through Jay E. Town, United States Attorney for the Northern District of Alabama, and Lane Hines Woodke, Assistant United States Attorney for this District, and states as follows:

1. This is a civil action commenced by the United States of America and the Court has jurisdiction hereof under 28 U.S.C. Section 1345.

2. Defendant is indebted to the Plaintiff in the principal sum of $26,630.44 plus accrued interest of $9,824.76 as of September 13, 2017, as is more fully shown on the Certificate of Indebtedness and copies of the promissory notes signed by the defendant which are attached hereto, marked Exhibit A.

3. Defendant has wrongfully refused and failed to repay the aforesaid amount although demand has been duly made for restitution.

WHEREFORE, Plaintiff prays judgment against Defendant for the principal sum of $26,630.44 plus accrued interest in the amount of $9,824.76 as of September 13, 2017, and at the rate of 4.08% per annum until date of judgment on the principal amount of $26,630.44, for a total of $36,455.20; costs in accordance with 28 U.S.C. §2412(a)(2), other costs and interest from the date of judgment at the prevailing legal rate until paid in full.

JAY E. TOWN
UNITED STATES ATTORNEY

Lane Hines Woodke
Assistant United States Attorney

Attorney for Plaintiff
U.S. Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001